66 A.3d 764

**In re Curtis BRINSON.**

**Petition of Curtis Brinson.**

**No. 43 EM 2013.**

Supreme Court of Pennsylvania.

May 16, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus, the Motion for Leave to File Supplement, the Motion for Leave to Reply, and the Application for Appointment of Counsel are **DENIED.**

66 A.3d 764

**Van JOHNSON, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 21 EM 2013.**

Supreme Court of Pennsylvania.

May 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of May, 2013, the Application for Relief is **DENIED.**